# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151657

In re Estate of KEYES.
_____/

DEPARTMENT OF COMMUNITY HEALTH,
      Appellee,

v

ESTATE OF ESTHER KEYES,
      Appellant.
_____/

SC: 151657
COA: 320420
Bay Probate Court:
13-049103-CZ

      On order of the Court, the application for leave to appeal the April 16, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2016



Clerk

d0120